Suzanne C. Leidner, Attorney
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323) 663-0840
eMail: scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
STEVEN S. CRAIG

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| STEVEN S. CRAIG<br><br>Plaintiff<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 2:15-CV-5866 E<br><br>[~~Proposed~~] Order Awarding EAJA Fees |

IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

-1-

1
2  attorney fees under EAJA in the amount of THREE THOUSAND FIVE
3  HUNDRED DOLLARS and 00/100 cents ($3,500.00), as authorized by 28 U.S.C.
4  2412(d), and subject to the terms of the above-referenced Stipulation.
5
6  DATED: ~~MAY 13~~ JUNE 13, 2016
7
8                                         HON. CHARLES F. EICK
                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28